# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

ROSE McGILL,

    Plaintiff,

vs.

COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION,

    Defendant.

Case No. 3:17cv00131

District Judge Thomas M. Rose
Magistrate Judge Sharon L. Ovington

---

# DECISION AND ENTRY

---

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #12), to whom this case was originally referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendations docketed on July 25, 2018 (Doc. #12) is ADOPTED in full;

2. The Commissioner's non-disability finding is vacated;

3. No finding is made as to whether Plaintiff Rose A. McGill was under a "disability" within the meaning of the Social Security Act;

4. This case is remanded to the Commissioner and the Administrative Law

Judge under Sentence Four of 42 U.S.C. §405(g) for further consideration consistent with the Report and Recommendations and this Decision and Entry; and

5. The case is terminated on the docket of this Court.

**DONE** and **ORDERED** in Dayton, Ohio, this Thursday, August 9, 2018.

                                          s/Thomas M. Rose
                                  _____
                                      THOMAS M. ROSE
                              UNITED STATES DISTRICT JUDGE